■ In the Matter of DOUGLAS C. MACHADO, Appellant, v CHANDRA V. TANOURY, Respondent. (Appeal No. 2.) [38 NYS3d 456]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered May 5, 2015 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Machado v Tanoury* ([appeal No. 1] 142 AD3d 1322 [2016]). Present—Whalen, P.J., Carni, Lindley, DeJoseph and NeMoyer, JJ.